**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 06-1287

———————

DAVID W. JOHNSON,

Plaintiff - Appellant,

versus

METROPOLITAN WASHINGTON AIRPORTS AUTHORITY,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Claude M. Hilton, Senior
District Judge.   (1:05-cv-00281-CMH)

———————

Submitted:  January 9, 2007          Decided:  January 24, 2007

———————

Before TRAXLER and NIEMEYER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Adrian V. Nelson, II, Rockville, Maryland, for Appellant.  Morris
Kletzkin, Mark D. Crawford, Katrina E. Mulligan, FRIEDLANDER,
MISLER, SLOAN, KLETZKIN & OCHSMAN, P.L.L.C., Washington, D.C.;
Joseph E. Kalet, Associate General Counsel, METROPOLITAN WASHINGTON
AIRPORTS AUTHORITY, Washington, D.C., for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David W. Johnson appeals the district court's order granting summary judgment to his employer on claims of race discrimination and retaliation under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, and a claim that his employer violated 42 U.S.C. § 1981 by refusing to continue a contract of employment based on race. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. See Johnson v. Metropolitan Washington Airports Authority, No. 05-281 (E.D. Va. January 24, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2